IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FREDRICK EARL LANE, )
)
    Plaintiff, )
)
v. ) CASE NO. CV408-104
)
FRED BURNETTE, WARDEN, and THE )
ATTORNEY GENERAL OF THE STATE OF )
GEORGIA, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 21), to which no objections have been filed. After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation.[1] Accordingly, the Court **ADOPTS** the same as its Opinion. The § 2254 Petition is **DISMISSED** and the **Clerk of Court** is **DIRECTED** to **CLOSE THIS CASE**.

SO ORDERED this 23RD day of November, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Although not explicitly stated by the Magistrate Judge, the state judge's analysis of ineffective assistance of counsel based not only on Strickland v. Washington, 466 U.S. 668 (1984), but also the interpretation of that case in Morris v. State, 257 Ga. App. 169 (2002) is well established in this circuit and is clearly not contrary to, or an unreasonable application of, federal law. See, e.g., Forrest v. Fla. Dep't Corr., 2009 WL 2568185, at *3-*4 (11th Cir. Aug. 21, 2009) (unpublished), Ojeda v. Sec'y for Dep't of Corr., 279 Fed. App'x 953, 954-55 (11th Cir. 2008) (unpublished).